IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NIKISHA M. JACKSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-937-M(BH) |
| | § | |
| WELLS FARGO HOME MORTGAGE, | § | |
| Defendant. | § | Pretrial Management |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Plaintiff's Motion to Remand to State Court, the 192nd District Court*, filed April 23, 2018 (doc. 7) is **DENIED**.

**SIGNED** this 13 day of August, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE