**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **NIKISHA M. JACKSON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:18-CV-937-M-BH** |
| | § | |
| **WELLS FARGO HOME MORTGAGE,** | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since the plaintiff has not filed an amended complaint as allowed by the recommendation, the *Motion to Dismiss and Brief in Support*, filed September 21, 2018 (doc. 17), is **GRANTED in part**, and her remaining claims are dismissed *sua sponte*. By separate judgment, all of the plaintiff's claims against Wells Fargo Home Mortgage will be **DISMISSED with prejudice.**

**SIGNED** this 6th day of August, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE